**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff-Appellee*, <br><br> v. <br><br> RANDLY IRVIN BEGAY, AKA Randly Begay, *Defendant-Appellant.* | No.14-10080 <br><br> D.C. No. 3:13-cr-08073-NVW-1 <br><br> ORDER |

Filed October 27, 2021

---

**ORDER**

THOMAS, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel opinion is vacated.

Judge Bade did not participate in the deliberations or vote in this case.